NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ANDRULIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**CELGENE CORPORATION,**
*Defendant-Appellee*

———————————

2015-1962

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01644-RGA, Judge Richard G. Andrews.

———————————

**JUDGMENT**

———————————

ELIOT JAMES WALKER, Skiermont Derby LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by PAUL SKIERMONT, STEVEN UDICK, SARAH ELIZABETH SPIRES.

CALVIN P. GRIFFITH, Jones Day, Cleveland, OH, argued for defendant-appellee. Also represented by JOHN CHARLES EVANS; ANTHONY M. INSOGNA, San Diego, CA; JENNIFER LORAINE SWIZE, DANIEL KAZHDAN, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court